FILED

JAN -2 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DENNIS MACK,

    Plaintiff,

v.

CLIFF ALLENBY, et al.,

    Defendants.

No. C 14-05090 BLF (PR)

**ORDER OF TRANSFER**

    Plaintiff, a civil detainee under the California's Sexually Violent Predator Act proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983 against officials at the Coalinga State Hospital.[1] Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, *see* 28 U.S.C. § 84(b), venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

    The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: 1-2-2015

BETH LABSON FREEMAN
United States District Judge

---

[1] This matter was reassigned to this Court on December 23, 2014. (*See* Docket No. 6.)

Order of Transfer
P:\PRO-SE\BLF\CR.14\05090Mack_transfer(ED).wpd