1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10   DENNIS MACK,                                   Case No. 1:15-cv-00020-SKO (PC)

11              Plaintiff,                          New Case No.  1:15-cv-00020-LJO-MJS (PC)

12       v.                                         ORDER RELATING CASES AND
                                                    REASSIGNING ACTION TO DISTRICT
13   CLIFF ALLENBY, et al.,                         JUDGE LAWRENCE J. O'NEILL AND
                                                    MAGISTRATE JUDGE MICHAEL J. SENG
14              Defendants.

15

16   _____/

17          On November 18, 2014, Plaintiff Dennis Mack, a civil detainee proceeding pro se, filed

18   this Civil Rights Complaint pursuant to 42 U.S.C. section 1983 challenging Defendants'

19   assessment, classification and detention of Plaintiff under California's Sexually Violent Predator

20   Act and failure to provide him outpatient treatment in violation of the Fourteenth Amendment of

21   the U.S. Constitution.  (ECF No. 1.)

22          A number of virtually identical actions have been filed in or transferred to this Court. The

23   Court's review of these cases reveals that the instant action is related under Local Rule 123 to the

24   action entitled *Klein v. King*, 1:14-cv-01440-MJS.  Both actions are based on the same underlying

25   facts and involve overlapping questions of law and fact.

26          Accordingly, IT IS HEREBY ORDERED that:

27          1.      The Office of the Clerk shall relate this case with case 1:14-cv-01440-MJS;

28   ///

2.     This case shall be assigned to the docket of District Judge Lawrence J. O'Neill and reassigned to the docket of Magistrate Judge Michael J. Seng; and

3.     The new case number shall be:

**1:15-cv-00020-LJO-MJS (PC)**

and all future pleadings and/or correspondence must be so numbered.  Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned.

IT IS SO ORDERED.

Dated:   **January 6, 2015**                              **/s/ Sheila K. Oberto**
                                                           UNITED STATES MAGISTRATE JUDGE

2